BRITTON MILLING COMPANY, Appellant, v. WILLIAMS, Respondent.

(184 N. W. 268.)

(File No. 4821.  Opinion filed September 2, 1921.  Rehearing granted November 9, 1921.)

**Negotiable Instruments—Defense of False Representations Re Milling Stock—Former Decision in Similar Case Followed.**

All material facts herein being identical with facts in Britton Milling Company v. H. J. Williams, 44 S. D. 464, 184 N. W.

265, the decision in that case governs here, and judgment and order appealed from are reversed.

Gates, J., dissenting.

Whiting, J., not sitting.

Appeal from Circuit Court, Brown County. Hon. FRANK ANDERSON, Judge.

Action by Britton Milling Company, a corporation, against E. G. Williams, to recover upon a promissory note. From a judgment for Defendant, and from an order denying a new trial, Plaintiff appeals. Reversed.

*Harold W. King,* and *McNulty & Campbell,* for Appellant.
*Campbell & Walton,* for Respondent.

POLLEY, P. J. All the material facts in this case are identical with the facts in Britton Milling Co. v. H. J. Williams, 184 N. W. 265, No. 4820, handed down on the 31st day of August, and for the reasons therein stated the decision is the same.

The judgment and order appealed from are reversed.

GATES, J., dissents.

WHITING, J., not sitting.